IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SAMUEL ZALMANOFF, | § | |
| | § | |
| Plaintiff Below, | § | No. 609, 2018 |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| JOHN A. HARDY, KENNETH I. | § | C.A. No. 12912-VCS |
| DENOS, FRASER ATKINSON, | § | |
| ALESSANDRO BENEDETTI, | § | |
| RICHARD F. BERGNER, HENRY W. | § | |
| HANKINSON, ROBERT L. KNAUSS, | § | |
| BERTRAND DES PALLIERES, and | § | |
| EQUUS TOTAL RETURN, INC., | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: May 15, 2019
Decided: May 16, 2019

Before **STRINE**, Chief Justice; **VALIHURA**, **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices; constituting the Court *en Banc*.

# O R D E R

This 16th day of May 2019, we affirm the judgment of the Court of Chancery on the basis of its opinion dated November 13, 2018.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Zalmanoff v. Hardy*, 2018 WL 5994762 (Del. Ch. Nov. 13, 2018).